UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80128-CIV-ZLOCH

MARIA ROSALES,

      Plaintiff,

vs.                                                    **DEFAULT FINAL JUDGMENT**

AMICA PETROLEUM, INC.
and ROY AMICO,

      Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff Maria Rosales's Motion For Entry Of Final Default Judgment Against Amica Petroleum, Inc. and Roy Amico (DE 9).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff Maria Rosales initiated the above-styled cause with the filing of her Complaint (DE 1) on February 7, 2008.  On March 22, 2008, Plaintiff effected service of process on Defendants Amica Petroleum, Inc. and Roy Amico.  See DE Nos. 6 & 7.  Defendants have failed to file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure.  By prior Order (DE 8), the Court entered default against Defendants.  While the Court will grant the instant Motion, Plaintiff's request for attorney's fees fails to fully comply with all of the requirements set forth by Local Rule 7.3(A).  S.D. Fla. L.R. 7.3(A). Specifically, Plaintiff failed to satisfy elements "iii" and "vii". Id.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has personal jurisdiction over the parties hereto and the subject matter herein;

2. Plaintiff Maria Rosales's Motion For Entry Of Final Default Judgment Against Amica Petroleum, Inc. and Roy Amico (DE 9) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Maria Rosales and against Defendants Amica Petroleum, Inc. and Roy Amico;

4. Plaintiff Maria Rosales does have and recover from Defendants Amica Petroleum, Inc. and Roy Amico the amount of $9,750.00, calculated as $4,875.00 in unliquidated damages and $4,875.00 in liquidated damages, together with interest thereon from the date of this Default Final Judgment at the rate of 1.67% per annum, for all of which let execution issue;

5. The Court shall retain jurisdiction solely for the purpose of entertaining a separate Motion For Attorney's Fees in accordance with Local Rule 7.3(A) of the Southern District of Florida, together with all necessary exhibits and affidavits;

6. On or before <u>noon</u> on <u>Wednesday, May 7, 2008</u>, Plaintiff shall file said Motion For Attorney's Fees; and

7. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record

2